**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-00453-JPC |
| | § | |
| NAMROOD B. SHIBA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $355,920.00 | Assets Exempt: | $60,583.70 |
| Total Distributions to Claimants: | $5,240.86 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $9,779.14 | | |

3)   Total gross receipts of $15,700.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $680.00 (see **Exhibit 2),** yielded net receipts of $15,020.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $414,039.01 | $392,579.46 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $9,779.14 | $9,779.14 | $9,779.14 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $119,431.48 | $122,111.88 | $122,111.88 | $5,240.86 |
| **Total Disbursements** | $533,470.49 | $524,470.48 | $131,891.02 | $15,020.00 |

   4).   This case was originally filed under chapter 13 on 01/07/2010. The case was converted to one under Chapter 7 on 03/22/2010. The case was pending for 46 months.

   5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 01/16/2014                    By:   /s/ David P. Leibowitz
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Lots 1, 2 and 3, on Jordan Road, Town of Lyndon, | 1110-000 | $13,000.00 |
| Assyrian Conference.com | 1129-000 | $2,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,700.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| NAMROOD B. SHIBA | Exemptions | 8100-002 | $680.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$680.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Chase Home Finance LLC | 4110-000 | $249,241.00 | $248,837.20 | $0.00 | $0.00 |
| 3 | Toyota Motor Credit Corporation | 4110-000 | $14,738.00 | $13,819.09 | $0.00 | $0.00 |
| 5 | FIFTH THIRD BANK | 4110-000 | $129,533.00 | $129,923.17 | $0.00 | $0.00 |
|  | Fidelity Investments | 4110-000 | $20,527.01 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$414,039.01** | **$392,579.46** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,252.00 | $2,252.00 | $2,252.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $6.16 | $6.16 | $6.16 |
| Green Bank | 2600-000 | NA | $152.30 | $152.30 | $152.30 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $7,322.50 | $7,322.50 | $7,322.50 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $46.18 | $46.18 | $46.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | **NA** | **$9,779.14** | **$9,779.14** | **$9,779.14** |

UST Form 101-7-TDR (10/1/2010)

| CHARGES |
|---|
|  |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $6,841.10 | $7,121.59 | $7,121.59 | $305.64 |
| 4 | American Student Assistance Guarantor | 7100-000 | $17,843.00 | $17,358.15 | $17,358.15 | $744.98 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $348.24 | $525.78 | $525.78 | $22.57 |
| 7 | JPMorgan Chase Bank, N.A. | 7100-000 | $433.36 | $606.39 | $606.39 | $26.03 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | $24,640.98 | $24,977.62 | $24,977.62 | $1,072.00 |
| 9 | Fia Card Services, NA As Successor In Interest to | 7100-000 | $45,633.98 | $46,480.62 | $46,480.62 | $1,994.88 |
| 10 | PRA Receivables Management, LLC | 7100-000 | $1,378.62 | $16,740.46 | $16,740.46 | $718.48 |
| 11 | Fifth Third Bank | 7100-000 | $5,949.43 | $6,075.24 | $6,075.24 | $260.74 |
| 12 | Capital One, N.A. | 7100-000 | $679.34 | $768.18 | $768.18 | $32.97 |
| 13 | Capital One, N.A.(BEST BUY CO INC) | 7100-000 | NA | $1,457.85 | $1,457.85 | $62.57 |
|  | Assyrian General Conference | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | AT&T Universal Card | 7100-000 | $15,683.43 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | **$119,431.48** | **$122,111.88** | **$122,111.88** | **$5,240.86** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 10-00453-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** SHIBA, NAMROOD B. | **Date Filed (f) or Converted (c):** | 03/22/2010 (c) |
| **For the Period Ending:** 1/16/2014 | **§341(a) Meeting Date:** | 04/21/2010 |
| | **Claims Bar Date:** | 07/24/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family brick 7447 Kedvale Avenue, Skokie, | $275,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Lots 1, 2 and 3, on Jordan Road, Town of Lyndon, | $65,000.00 | $65,000.00 | | $13,000.00 | FA |
| **Asset Notes:** | Interest on the vacant lots sold to Debtor - 9019 Motion to be filed. | | | | | |
| 3 | 3 acres 14470 W. Hydrus Avenue, Eloy, AZ | $10,000.00 | $10,000.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Chase checking | $40.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | MB Financial checking | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Household goods and furnishings Husband's intere | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Wearing apparel | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | Employer sponsored life insurance $66,000 term | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9 | AT&T 401(k) Fidelity | $38,933.70 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10 | Assyrian Conference.com | $3,000.00 | $2,320.00 | | $2,700.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11 | 2008 Toyota Scion | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | 2003 Toyota Highlander | $10,000.00 | $7,600.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Trailer on Wisconsin property water damage | $1,000.00 | $1,000.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**TOTALS (Excluding unknown value)**                                          **Gross Value of Remaining Assets**

$415,923.70          $85,920.00                              $15,700.00                $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/20/2010 | To sell 1/2 interest in vehicle. to sell properties. |
| 12/31/2011 | Liquidating website - |
| 01/21/2013 | Review Claims and Prepare TFR |
| 01/30/2013 | Claims reviewed - Trustee to make determination prior to TFR. |
| 03/05/2013 | JP Morgan Chase Bank N.A. will withdraw claim No. 2 due to a refinance done by the Debtor. |

Case 10-00453   Doc 114   Filed 02/05/14   Entered 02/05/14 14:35:23   Desc Main
Document      Page 6 of 9

FORM 1

Page No: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No.: | 10-00453-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SHIBA, NAMROOD B. | | Date Filed (f) or Converted (c): | 03/22/2010 (c) |
| For the Period Ending: | 1/16/2014 | | §341(a) Meeting Date: | 04/21/2010 |
| | | | Claims Bar Date: | 07/24/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/08/2013 | Purchased in 2005 for $90,000.00 in January 2013 the property was transferred to Kthami Bakowz |
| | Tranfer of Title. |
| | Panal County #2013-012127 |
| 04/25/2013 | Claims resolved - Debtor paid equity for vacant land - Ready for TFR |
| 06/20/2013 | 9019 Motion to be filed. |
| | TFR to follow. |
| 06/20/2013 | Dana at Heavner, Scott, Beyers & Mihlar, LLC to withdraw claim No. 2 (217)-422-1719 |
| 08/12/2013 | 9019 motion drafted and given to Linda for review |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/29/2012 |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2013 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-00453-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SHIBA, NAMROOD B. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1882 | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2012 | (10) | Marc D Sherman & Associates, P.C. | Payment for Debtor's website. | 1129-000 | $2,700.00 | | $2,700.00 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.24 | $2,697.76 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.77 | $2,692.99 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.78 | $2,689.21 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.33 | $2,684.88 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.47 | $2,680.41 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.04 | $2,676.37 |
| 02/04/2013 | 3001 | NAMROOD B. SHIBA | Exemptions Claimed RE: Assyrian Conference.com | 8100-002 | | $680.00 | $1,996.37 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,993.15 |
| 04/25/2013 | (2) | Khami Bakowz | Payment for estate's interest Property. | 1110-000 | $13,000.00 | | $14,993.15 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $6.49 | $14,986.66 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $25.74 | $14,960.92 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.80 | $14,939.12 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.10 | $14,915.02 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $25.62 | $14,889.40 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.70 | $14,867.70 |
| 12/05/2013 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,252.00 | $12,615.70 |
| 12/05/2013 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $6.16 | $12,609.54 |
| 12/05/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 7,322.50; Amount Allowed: 7,322.50;  Distribution Dividend: 100.00; | 3110-000 | | $7,322.50 | $5,287.04 |
| 12/05/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 46.18; Amount Allowed: 46.18;  Distribution Dividend: 100.00; | 3220-000 | | $46.18 | $5,240.86 |
| 12/05/2013 | 3006 | DISCOVER BANK | Claim #: 1; Amount Claimed: 7,121.59; Amount Allowed: 7,121.59;  Distribution Dividend: 4.29; | 7100-000 | | $305.64 | $4,935.22 |
| 12/05/2013 | 3007 | American Student Assistance Guarantor | Claim #: 4; Amount Claimed: 17,358.15; Amount Allowed: 17,358.15; Distribution Dividend: 4.29; | 7100-000 | | $744.98 | $4,190.24 |
| 12/05/2013 | 3008 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 525.78; Amount Allowed: 525.78;  Distribution Dividend: 4.29; | 7100-000 | | $22.57 | $4,167.67 |
| 12/05/2013 | 3009 | JPMorgan Chase Bank, N.A. | Claim #: 7; Amount Claimed: 606.39; Amount Allowed: 606.39;  Distribution Dividend: 4.29; | 7100-000 | | $26.03 | $4,141.64 |
| 12/05/2013 | 3010 | JPMorgan Chase Bank, N.A. | Claim #: 8; Amount Claimed: 24,977.62; Amount Allowed: 24,977.62; Distribution Dividend: 4.29; | 7100-000 | | $1,072.00 | $3,069.64 |
| 12/05/2013 | 3011 | Fia Card Services, NA As Successor In Interest to | Claim #: 9; Amount Claimed: 46,480.62; Amount Allowed: 46,480.62; Distribution Dividend: 4.29; | 7100-000 | | $1,994.88 | $1,074.76 |
| | | | **SUBTOTALS** | | $15,700.00 | $14,625.24 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-00453-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SHIBA, NAMROOD B. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1882 | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/7/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2013 | 3012 | PRA Receivables Management, LLC | Claim #: 10; Amount Claimed: 16,740.46; Amount Allowed: 16,740.46; Distribution Dividend: 4.29; | 7100-000 | | $718.48 | $356.28 |
| 12/05/2013 | 3013 | Fifth Third Bank | Claim #: 11; Amount Claimed: 6,075.24; Amount Allowed: 6,075.24; Distribution Dividend: 4.29; | 7100-000 | | $260.74 | $95.54 |
| 12/05/2013 | 3014 | Capital One, N.A. | Claim #: 12; Amount Claimed: 768.18; Amount Allowed: 768.18; Distribution Dividend: 4.29; | 7100-000 | | $32.97 | $62.57 |
| 12/05/2013 | 3015 | Capital One, N.A.(BEST BUY CO INC) | Claim #: 13; Amount Claimed: 1,457.85; Amount Allowed: 1,457.85; Distribution Dividend: 4.29; | 7100-000 | | $62.57 | $0.00 |
| | | | **TOTALS:** | | $15,700.00 | $15,700.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $15,700.00 | $15,700.00 | |
| | | | Less: Payments to debtors | | $0.00 | $680.00 | |
| | | | **Net** | | $15,700.00 | $15,020.00 | |

| **For the period of 1/7/2010 to 1/16/2014** | | **For the entire history of the account between 07/13/2012 to 1/16/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,700.00 | Total Compensable Receipts: | $15,700.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,700.00 | Total Comp/Non Comp Receipts: | $15,700.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,020.00 | Total Compensable Disbursements: | $15,020.00 |
| Total Non-Compensable Disbursements: | $680.00 | Total Non-Compensable Disbursements: | $680.00 |
| Total Comp/Non Comp Disbursements: | $15,700.00 | Total Comp/Non Comp Disbursements: | $15,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-00453-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SHIBA, NAMROOD B. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1882 | | Checking Acct #: | ******5301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/7/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,700.00 | $15,700.00 | $0.00 |

**For the period of 1/7/2010 to 1/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $15,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,020.00 |
| Total Non-Compensable Disbursements: | $680.00 |
| Total Comp/Non Comp Disbursements: | $15,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/22/2010 to 1/16/2014**

| | |
|---|---|
| Total Compensable Receipts: | $15,700.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,700.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,020.00 |
| Total Non-Compensable Disbursements: | $680.00 |
| Total Comp/Non Comp Disbursements: | $15,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ